**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00019-CV**
_____

**MARIA CONCEPCION DELGADO, Appellant**

**V.**

**LUIS GOVEA LOPEZ, Appellee**

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. CIV33210**

**ORDER**

Maria Concepcion Delgado, appellant, filed a statement of inability to afford payment of costs in the trial court. *See* Tex. R. Civ. P. 145. Luis Govea Lopez, appellee, objected that Delgado provided no financial information in her statement. Delgado appeared at a hearing on June 14, 2021. Delgado stated she did not have any "federal reserve notes" and she had "rights of subrogation." The trial court informed Delgado that stating "private" for every entry on the statement of inability to afford payment of court costs provided no information on which the trial court could find that Delgado could not afford payment of court costs. Delgado replied,

"I'm letting you know there's a trust involved." On June 14, 2020, the trial court found that Delgado did not offer any financial information to support her statement of inability to afford payment of court costs.

Delgado challenges the trial court's ruling on the ground that the trial court failed to respond to a "form 1020" that Delgado filed with the Polk County District Clerk on May 20, 2021. Delgado has not shown that the "form 1020" was filed with the proper clerk or provided to the trial court in the hearing, but in any event the information on the "form 1020" is no evidence of Delgado's eligibility for public benefits, income, sources of income, property, or monthly expenses.

On this record, we conclude that the trial court did not abuse its discretion by finding that appellant failed to carry her burden under Rule 145. *See* Tex. R. Civ. P. 145(f). We deny appellant's motion to challenge and affirm the trial court's order to pay costs. *See* Tex. R. Civ. P. 145(g). Appellant shall pay or make satisfactory arrangements to pay for preparation of the reporter's record within 30 days of the date of this Order. Her failure to pay or make arrangements to pay that are satisfactory with the court reporter will result in the appeal being submitted without a reporter's record. *See* Tex. R. App. P. 37.3(c).

ORDER ENTERED August 23, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.

2